**FILED**
CLERK, U.S. DISTRICT COURT

June 11, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___rrp___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PATRICK WONG,<br><br>　　　　Defendant. | No. **8:20-cr-00068 JVS**<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1343: Wire Fraud] |

The United States Attorney charges:

[18 U.S.C. §§ 1343, 2(a)]

A.　INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1.　Defendant PATRICK WONG owned and operated Freshstart Home Solutions LLC ("Freshstart") in Huntington Beach, California. Freshstart was in the business of renovating and selling homes for profit.

B.　THE SCHEME TO DEFRAUD

2.　Beginning in or around October 2017 and continuing until in or around July 2019, in Orange County, within the Central District of California, and elsewhere, defendant WONG, knowingly and with the

intent to defraud, devised, participated in, and executed a scheme to defraud and obtain money from investors by means of materially false and fraudulent representations, and the concealment of material facts in connection with a home flipping scheme.

3. In carrying out the scheme, defendant WONG engaged in the following fraudulent and deceptive acts, practices, and devices, among others:

    a. Defendant WONG, through Freshstart, solicited investors to loan money to Freshstart through promissory notes and joint venture agreements secured by specific residential properties. Defendant WONG promised to renovate and sell the specific property, using the proceeds to pay the investor principle with interest or a portion of the profits.

    b. Defendant WONG promised investors that their money would only be spent on renovations for the specific property described in the promissory note or joint venture agreement.

    c. Instead of using the funds as promised, defendant WONG used the funds to make payments to other investors in a Ponzi-like fashion, to pay off expenses on different properties, for his general business expenses, and for his own personal purposes.

    d. From the fraudulent scheme, defendant WONG caused eight investors to lose approximately $1,731,556.51.

C. THE USE OF AN INTERSTATE WIRE

4. On or about December 5, 2018, within the Central District of California, and elsewhere, for the purpose of executing the above-described scheme to defraud, defendant WONG caused the transmission, by means of wire communication in interstate commerce, of $300,000 from victim K.S.'s Charles Schwab Bank account located in San

Francisco, California, through the servers of the Federal Reserve Bank located in East Rutherford, New Jersey, to Lawyers Title Company's Union Bank account located in Burbank, California, for the purpose of funding a loan for the renovation of 1500 Irvine Avenue, Newport Beach, California.

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office