```
NICOLA T. HANNA
United States Attorney
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
JENNIFER L. WAIER (Cal. Bar No. 209813)
Assistant United States Attorney
     United States Courthouse
     411 West 4th Street, Suite 8000
     Santa Ana, California 927012
     Telephone:  (714) 338-3550
     Facsimile:  (714) 338-3708
     E-mail:     Jennifer.Waier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 20-68-JVS |
|---|---|
| Plaintiff, | AMENDMENT TO PLEA AGREEMENT FOR DEFENDANT PATRICK WONG |
| v. | |
| PATRICK WONG, | |
| Defendant. | |

Defendant PATRICK WONG ("defendant") and the United States Attorney's Office for the Central District of California ("the USAO") hereby amend the Plea Agreement previously filed in the above-captioned case as follows. Except for the modifications made in this Amendment, all other terms of the Plea Agreement remain in effect.

1. The following paragraph is substituted for paragraph 13:

Because the justice system is facing an unprecedented crisis through the backlog of cases, the parties agree that the defendant is entitled to a two-level variance as recognition of defendant's early acceptance of responsibility, which will lessen the burden on the court system by: (1) waiving any right to presence and pleading

guilty at the earliest opportunity by VTC (or telephone, if VTC is not reasonably available); (2) waiving any right to presence and agreeing to be sentenced by VTC (or telephone, if VTC is not reasonably available) should the Central District of California's General Order allow for it; (3) agreeing to appear at all other times by VTC or telephone; and (4) waiving all appellate rights.

    2. The following is substituted for paragraph 18:

    Defendant gives up the right to appeal all of the following: (a) the procedures and calculations used to determine and impose any portion of the sentence; (b) the term of imprisonment imposed by the Court, provided it is no more than the high-end of the Sentencing Guidelines range calculated by the Court; (c) the fine imposed by the Court, provided it is within the statutory maximum; (d) to the extent permitted by law, the constitutionality or legality of defendant's sentence, provided it is within the statutory maximum; (e) the amount and terms of any restitution order, provided it requires payment of no more than $1,488,556,51; (f) the term of probation or supervised release imposed by the Court, provided it is within the statutory maximum; and (g) any of the following conditions of probation or supervised release imposed by the Court: the conditions set forth in General Order 20-04 of this Court; the drug testing conditions mandated by 18 U.S.C. §§ 3563(a)(5) and 3583(d); and the alcohol and drug use conditions authorized by 18 U.S.C. § 3563(b)(7).

    Defendant also gives up any right to bring a postconviction collateral attack on the conviction or sentence, including any order of restitution, except a post-conviction collateral attack based on a claim of ineffective assistance of counsel or an explicitly

retroactive change in the applicable Sentencing Guidelines, sentencing statutes, or statutes of conviction. Defendant understands that this waiver includes, but is not limited to, arguments that the statute to which defendant is pleading guilty is unconstitutional, that newly discovered evidence purportedly supports defendant's innocence, and any and all claims that the statement of facts provided herein is insufficient to support defendant's plea of guilty.

3. This Amendment is effective upon signature of the defendant, defendant's counsel, and an Assistant United States Attorney.

4. The parties agree that this Amendment will be considered part of the record of defendant's guilty plea hearing as if the entire Amendment had been read into the record of the proceeding.

AGREED AND ACCEPTED

UNITED STATES ATTORNEY'S OFFICE
FOR THE CENTRAL DISTRICT OF
CALIFORNIA

NICOLA T. HANNA
United States Attorney

*/s/ Jennifer Waier*                                    09/23/2020
_____                          _____
JENNIFER L. WAIER                                       Date
Assistant United States Attorney

*/s/ Patrick Wong*                                      9/17/20
_____                          _____
PATRICK WONG                                            Date
Defendant

*/s/ Andrea Jacobs*                                     9/18/20
_____                          _____
ANDREA JACOBS                                           Date
Deputy Federal Public Defender
Attorney for Defendant
PATRICK WONG

3